Bell v. Winkleman.

STATE OF MISSOURI, Respondent, v. WILLIAM SHORES, Appellant.

St. Louis Court of Appeals, February 1, 1898.

Cause reversed and remanded on a stipulation filed by the parties.

*Appeal from the Wright Circuit Court.*—HON. C. C. BLAND, Judge.

BOND, J.—The parties in this case having filed a stipulation for its reversal, the judgment herein is reversed and the cause remanded. All concur.

WILLIAM A. BELL, Administrator of Estate of WILLIAM M. BELL, Respondent, v. AUGUST WINKLEMAN *et al.*, Appellants.

St. Louis Court of Appeals, February 1, 1898.

Jurisdiction, Appellate: EJECTMENT. This court has no jurisdiction on appeal from a judgment in an action of ejectment.

*Appeal from the Crawford Circuit Court.*—HON. W. N. EVANS, Judge.

TRANSFERRED TO SUPREME COURT..

BIGGS, J.—This is an appeal from a judgment in an action of ejectment. It is clear that we have no jurisdiction. The cause will therefore be transferred to the supreme court. BOND concurs, BLAND not sitting.